IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EZEKIEL GAMBLE, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE PRISON LITIGATION REFORM ACT, <br><br> Defendant. | CIVIL ACTION NO.: 6:16-cv-92 |

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 3), to which Plaintiff filed Objections, (doc. 5). Accordingly, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court, and the Plaintiff's Objections are overruled.

Plaintiff's Complaint is **DISMISSED**, and the Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 17th day of August, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA